IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Stephanie Lukis, individually and on behalf of all others similarly situated, | ) ) ) | CIVIL ACTION NO: 19-cv-4871 |
| | ) | |
| *Plaintiffs,* | ) | JUDGE FEINERMAN |
| v. | ) | |
| | ) | MAG. GILBERT |
| Whitepages Incorporated, | ) | |
| | ) | |
| *Defendant.* | ) | |

---

### NOTICE OF MOTION

---

**TO: COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on Thursday, November 12, 2020 at 9:00 a.m. we shall appear before the Honorable Gary S. Feinerman in Courtroom 2141 of the United States Courthouse, 219 South Dearborn Street, Chicago, IL, and then and there present the *Motion to Amend the Complaint*, a copy of which was served upon you.

Dated: November 9, 2020.

*Respectfully submitted,*

*/s/ Roberto Costales*

_____

Roberto Costales
William H. Beaumont
BEAUMONT COSTALES LLC
107 W. Van Buren Street, Suite 209
Chicago, Illinois 60623
Telephone: (773) 831-8000
*Attorneys for Plaintiff*